**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-00682-AH-AJR Date: July 27, 2026


Title: Ishaq Kinney v. Cmty. Hosp. San Bernardino, et al.

---

DOCKET ENTRY: **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| A. Silva-Elder | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

On February 6, 2026, *pro se* Plaintiff Ishaq Kinney ("Plaintiff"), then a pretrial detainee at West Valley Detention Center in Rancho Cucamonga, California, filed this civil rights action pursuant to 42 U.S.C. § 1983 (the "Complaint") against Defendants Community Hospital San Bernardino, Dr. Negusse, an alleged member of the hospital's medical staff, the City of Highland, Highland Sheriff John Doe 1, and Highland Sheriff John Doe 2 (collectively, "Defendants"). (Dkt. 1 at 3-4.) Plaintiff also filed a Request to Proceed *In Forma Pauperis*. (Dkt. 2.) On February 13, 2026, the Clerk's Office issued a standard Notice of Assignment notifying Plaintiff of the District Judge and Magistrate Judge assigned to this action. (Dkt. 3.)

On April 8, 2026, the Court dismissed the Complaint with leave to amend due to various pleading deficiencies. (Dkt. 5.) Plaintiff was directed to file a First Amended

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**



---

Complaint ("FAC") that attempts to remedy the defects identified in the dismissal order on or before **May 8, 2026**. (Id.)

On April 17, 2026 and April 28, 2026, respectively, the Court's April 8, 2026 dismissal order and the Notice of Assignment, both of which had been mailed to Plaintiff's address of record at West Valley Detention Center, 9500 Etiwanda Ave., Rancho Cucamonga, CA, 91739, were returned as undeliverable with the notation "Return to Sender Not in Custody." (Dkts. 7, 8.) The returned mailings were docketed on May 7, 2026. Thereafter, the Court checked the San Bernardino County Sheriff's Department Inmate Locator website, which did not reflect Plaintiff as being in custody under either his name or booking number (2512301032).[1]

Meanwhile, on April 9, 2026, Plaintiff filed a Notice of Change of Address, which was entered on the docket on May 7, 2026. (Dkt. 6.) Plaintiff advised that he had been transferred to Wasco State Prison and anticipated release on April 30, 2026. (Id. at 1.) Plaintiff also provided the following mailing address upon his anticipated release: 25925 Baseline Street, San Bernardino, CA 92410. (Id.)

Accordingly, on June 9, 2026, the Clerk of Court was directed to remail the Notice of Assignment (Dkt. 3) and the Court's April 8, 2026 dismissal order (Dkt. 5), to Plaintiff's updated address in San Bernardino, CA. In light of the re-mailing, Plaintiff was granted additional time to file a FAC curing the deficiencies identified in the Court's April 8, 2027 dismissal order on or before **July 9, 2026**. (Dkt. 9.)

More than two weeks has passed since the deadline for Plaintiff to respond to the Court's April 8, 2026 dismissal order. As of today, Plaintiff has neither filed a FAC, requested an extension of time to do so, nor otherwise communicated with this Court. This action cannot move forward unless and until Plaintiff responds to the Court's

---

[1] See https://wp.sbcounty.gov/sheriff/corrections/inmate-locator/ (last visited May 7, 2026). The Court has again reviewed the San Bernardino County Sheriff's Department inmate locator as of the date of this Order. The inmate locator continues to reflect that Plaintiff is not in custody under either his name or booking number (2512301032).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-00682-AH-AJR Date: July 27, 2026



Title: Ishaq Kinney v. Cmty. Hosp. San Bernardino, et al.

---

dismissal order.

Accordingly, Plaintiff is ORDERED, on or before **August 10, 2026**, to either: (1) file a FAC that attempts to remedy the defects identified in the Court's April 8, 2026 dismissal order, which is attached hereto; or (2) show cause in writing why this action should not be dismissed with prejudice for failure to prosecute. If Plaintiff chooses to file a FAC, it should bear the docket number assigned to this case (5:26-cv-00682-AH-AJR), be labeled "First Amended Complaint," and be complete in and of itself without reference in any manner to the original Complaint or any other document (except any document that Plaintiff chooses to attach to the FAC as an exhibit). Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant. Should Plaintiff decide to file a FAC, he is encouraged to utilize the form complaint attached to this Order.

**Plaintiff is expressly advised that if he does not file a FAC by the Court's deadline or otherwise respond to the Court's April 8, 2026 dismissal order, the Court may recommend that this action be dismissed with or without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.**

Further, because it appears Plaintiff is no longer in custody, the Court advises that if Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the entire action by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

Attachments:
Dkt. 5, Order Dismissing Complaint With Leave To Amend.
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.