**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ISHAQ KINNEY,

Plaintiff,

v.

COMMUNITY HOSPITAL SAN BERNARDINO, ET AL.,

Defendants.

Case No. 5:26-cv-00682-AH-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

\\

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at the current address of record, notwithstanding that prior mail sent to that address was returned as undeliverable, because it remains the only address Plaintiff has provided to the Court, as well as on all parties who have appeared in the action.

DATED: SEPTEMBER 17, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE