**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ISHAQ KINNY,

Plaintiff,

v.

COMMUNITY HOSPITAL SAN BERNARDINO, ET AL.,

Defendants.

Case No. 5:26-cv-00682-AH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: SEPTEMBER 17, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE